1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   Oscar Larin Delgado,                 )      No. CV 07-2264-PHX-ROS
                                          )
10              Petitioner,               )      **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Katrina Kane, et al.,                 )
13                                        )
                Respondents.              )
14                                        )
    _____)

15

16          Petitioner Oscar Larin Delgado filed a Petition for Writ of Habeas Corpus, arguing

17  that his detention for two years and six months while his removal proceedings have been

18  pending is unlawful.  (Doc. 1).  This matter was referred to Magistrate Judge Glenda E.

19  Edmonds, who issued a Report and Recommendation ("R&R") recommending that the Court

20  grant the Petition and order Respondent to provide a hearing to Petitioner within 60 days

21  before an Immigration Judge with the power to grant him bail unless Respondent establishes

22  that he is a flight risk or will be a danger to the community.  (Doc. 8).  Respondent filed

23  Objections to the R&R.  (Doc. 15).  For the reasons stated herein, the Court will adopt the

24  Magistrate Judge's R&R.

25                          **STANDARD OF REVIEW**

26          The Court "may accept, reject, or modify, in whole or in part, the findings or

27  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because objections

28  were made, the Court reviews the magistrate judge's findings and recommendations *de novo.*

1  28 U.S.C. § 636(b)(1)(C); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)

2  (*en banc*).

3  **DISCUSSION**

4  Relying primarily upon <u>Tijani v. Willis</u>, 430 F.3d 1241 (9th Cir. 2005), the Magistrate

5  Judge found that Petitioner's detention for two years and six months and counting under 8

6  U.S.C. § 1226(c) not authorized by law.  In <u>Tijani</u>, the alien was "deprived of his liberty by

7  the government for a period of over two years and eight months."  <u>Id.</u> at 1242.  To avoid the

8  question whether such a lengthy detention was constitutional, the Ninth Circuit interpreted

9  Section 1226(c) as requiring expeditious removal. <u>Id.</u>  Because the court determined that

10  nearly three years was not expeditious, it remanded the case to the district court to grant the

11  habeas petition unless the government provided the alien a bail hearing before an

12  Immigration Judge.  <u>Id.</u>  The period of time at issue here is almost exactly the same length

13  as in <u>Tijani</u>, and thus clearly not expeditious.  Therefore, the Court agrees with the Magistrate

14  Judge that Petitioner's continued detention is not authorized by law.  <u>See</u> <u>Castro v. Crawford</u>,

15  CV 06-1522, 2007 WL 2973494 (D. Ariz. Oct. 9, 2007) (Silver, J.) (holding that alien's

16  detention for two years and seven months was not authorized by law under <u>Tijani</u>); <u>Singh v.</u>

17  <u>Crawford</u>, No. CV 06-2194, 2007 WL 2237637 (D. Ariz. Aug. 3, 2007) (Murguia, J.) (same

18  for nine months); <u>Ali v. Crawford</u>, No. CV 06-1149, 2007 WL 1670165 (D. Ariz. June 8,

19  2007) (same for four years) (Crawford, J.).  <u>But see</u> <u>Arnold v. Crawford</u>, —F. Supp. 2d —,

20  2008 WL 211 5842 (D. Ariz. May 20, 2008) (Teilborg, J.).

21  Having reviewed the record *de novo*, including the Objections filed by Respondent,

22  the Court will adopt the Magistrate Judge's R&R and incorporates the same as part of this

23  Order.

24  Accordingly,

25  **IT IS FURTHER ORDERED** the Report and Recommendation (Doc. 8) is

26  **ADOPTED.**

27  **IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus filed pursuant

28  to 28 U.S.C. § 2241 (Doc. 1) is **GRANTED.**

1          **IT IS FURTHER ORDERED** that Respondent shall either release Petitioner from

2     custody under an order of supervision, or provide a hearing to Petitioner, within 60 days of

3     the filing of this Order, before an Immigration Judge with the power to grant him bail unless

4     Respondent establishes that he is a flight risk or will be a danger to the community.

5

6                    DATED this 3rd day of July, 2008.

7

8

9

10

11

12                                          Roslyn O. Silver
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28